**NORMA A. AGUILAR**
California State Bar No. 211088
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Norma_Aguilar@fd.org

Attorneys for Mr. Lara

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ0822 |
| Plaintiff, ) | |
| v. ) | **NOTICE OF APPEARANCE** |
| OMAR JAVIER LARA, ) | |
| Defendant. ) | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Norma A. Aguilar, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

Respectfully submitted,

Dated: April 2, 2008      */s/  Norma Aguilar*
**NORMA AGUILAR**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Lara
Norma_Aguilar@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Copy to Assistant U.S. Attorney via ECF NEF

Dated: April 2, 2008                             /s/ *Norma Aguilar*
                                                 **NORMA AGUILAR**
                                                 Federal Defenders of San Diego, Inc.
                                                 225 Broadway, Suite 900
                                                 San Diego, CA  92101-5030
                                                 (619) 234-8467  (tel)
                                                 (619) 687-2666  (fax)
                                                 Email: Norma_Aguilar@fd.org