AO 442

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Omar Javier LARA

**WARRANT FOR ARREST**

CASE NUMBER: '08 MJ 0822

FILED
08 APR -9 AM 9: 20

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Omar Javier LARA**

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [X] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

Possession of a firearm and or ammunition by an individual convicted of a crime punishable by imprisonment for a term exceeding one year

In violation of Title __18__ United States Code, Section(s) 922(g)(1)

Name of Issuing Officer: **ANTHONY J. BATTAGLIA**
**U.S. MAGISTRATE JUDGE**

Title of Issuing Officer:

Signature of Deputy

Date and Location: MAR 14 2008  San Diego, California

Bail fixed at $ _____ [Bail]

by _____ The Honorable _____
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

SAN DIEGO COUNTY SHERIFFS CENTRAL BOOKING - SAN DIEGO, CA

| DATE RECEIVED 3-14-08 | NAME AND TITLE OF ARRESTING OFFICER JOSEPH MOROS - AGENT ATF | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 3-31-08 | | |