AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

\# 1454914

UNITED STATES OF AMERICA

V.

Omar Javier LARA

08 APR -9 AM 9:20

**WARRANT FOR ARREST**

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

CASE NUMBER: 08 MJ 0822

*mb* DEPUTY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Omar Javier LARA

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition   [ ] Pretrial Violation

charging him or her with (brief description of offense)

Possession of a firearm and or ammunition by an individual convicted of a crime punishable by imprisonment for a term exceeding one year

In violation of Title    18    United States Code, Section(s)   922(g)(1)

DATE  3/31/08
ARRESTED BY  ATF S/A MOROS
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY  *[signature]*

RECEIVED 2008 MAR 14 A 2:32 U.S. MARSHAL DISTRICT OF CALIFORNIA

Name of Issuing Officer: **ANTHONY J. BATTAGLIA U.S. MAGISTRATE JUDGE**

Title of Issuing Officer:

Signature of Deputy:

Date and Location: MAR 14 2008  San Diego, California

Bail fixed at $    [Bail]    by *[signature]* The Honorable
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CLASS II 'J'    ATF    5Z1.2
(Felon in Possession)