1
2
3
4
5          KNK
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10                 January 2007 Grand Jury  08 CR 1081 BTM

| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **I N D I C T M E N T** |
| v. | ) | |
| | ) | Title 18, U.S.C., |
| OMAR JAVIER LARA, | ) | Secs. 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm and Ammunition |
| Defendant. | ) | |

   The grand jury charges:

   On or about February 28, 2008, within the Southern District of California, defendant OMAR JAVIER LARA, being a person who had previously been convicted in a court, that is, the Superior Court of California, County of San Diego, of a crime punishable by imprisonment for a term exceeding one year, that is, on or about July 2004, of possession/manufacture/sell dangerous weapon, in violation of California Penal Code, Section 12020(A)(1), did knowingly possess in and affecting interstate commerce a firearm and ammunition, that is,

//
//
//
//

CEK:nlv(1):San Diego
4/8/08

a Davis, Model P32, .32 caliber pistol, serial number P167220 and six rounds of Remington Peters, .32 caliber ammunition; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: April 9, 2008.

A TRUE BILL:

*[signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: *[signature]*
CHARLOTTE E. KAISER
Assistant U.S. Attorney

2