1 **NORMA A. AGUILAR**
California Bar No. 211088
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 norma_aguilar@fd.org

5 Attorneys for Mr. Lara

6

7

8                                UNITED STATES DISTRICT COURT

9                              SOUTHERN DISTRICT OF CALIFORNIA

10                             **(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | ) Case No. 08CR1081-BTM |
| 12 | ) Date: May 27, 2008<br>) Time: 1:30 p.m. |
|    Plaintiff, | ) |
| 13 | ) MOTION FOR ORDER SHORTENING TIME |
|    v. | ) |
| 14 | ) |
| OMAR JAVIER LARA, | ) |
| 15 | ) |
|    Defendant. | ) |
| 16 | ) |

17 TO:       KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
            CHARLOTTE KAISER, ASSISTANT UNITED STATES ATTORNEY:
18

19       Defendant Omar Javier Lara, by and through counsel, Norma A. Aguilar and Federal Defenders of

20 San Diego, Inc., hereby moves this Court for an order shortening time in which defendant may file Defendant's

21 Motions. The reason for this application is that defense counsel has numerous cases with the District Court

22 and Appeals Court and is currently preparing to go to trial.

23 //

24 //

25 //

26 //

27 //

28 //

1 | A courtesy copy has been provided to Assistant United States Attorney, Charlotte Kaiser.

2 | Respectfully submitted,

4 | Dated: May 22, 2008

        */s/ Norma A. Aguilar*
        **NORMA A. AGUILAR**
        Federal Defenders of San Diego, Inc.
        Attorneys for Mr. Lara
        norma_aguilar@fd.org