UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>OMAR JAVIER LARA, )<br>)<br>Defendant. )<br>_____) | Case No. 08CR1081-BTM<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

    Charlotte Kaiser, Assistant United States Attorney
    880 Front Street
    San Diego, CA  92101

Dated: May 22, 2008

    */s/Norma A. Aguilar*
    **NORMA A. AGUILAR**
    Federal Defenders
    225 Broadway, Suite 900
    San Diego, CA 92101-5030
    (619) 234-8467  (tel)
    (619) 687-2666  (fax)
    Email: norma_aguilar@fd.org