UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR1081-BTM |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER SHORTENING TIME |
| OMAR JAVIER LARA, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that time for Defendant to file his Motions in this case be shortened, with the Motion Hearing/ Trial Setting to be held on May 27, 2008 at 1:30 p.m. This document is accepted and filed as of May 22, 2008.

IT IS SO ORDERED.

DATED: May 22, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge