UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>            Plaintiff,            )<br>                                                              )<br>v.                                                        )<br>                                                              )<br>OMAR JAVIER LARA,                        )<br>                                                              )<br>            Defendant.        )<br>_____) | Case No. 08CR1081-BTM<br><br>**CERTIFICATE OF SERVICE** |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and belief, and that a copy of the foregoing has been electronically served this day upon:

> Charlotte Kaiser, Assistant United States Attorney
> 880 Front Street
> San Diego, CA  92101

Dated: May 23, 2008

> _/s/Norma A. Aguilar_
> **NORMA A. AGUILAR**
> Federal Defenders
> 225 Broadway, Suite 900
> San Diego, CA 92101-5030
> (619) 234-8467  (tel)
> (619) 687-2666  (fax)
> Email: norma_aguilar@fd.org