**NORMA A. AGUILAR**
California Bar No. 211088
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
email: norma_aguilar@fd.org

Attorney for Mr. Omar Javier Lara

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWTIZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 08CR1081-BTM |
| Plaintiff, ) | DATE: JULY 25, 2008 |
| ) | TIME: 2:00 P.M. |
| v. ) | |
| OMAR JAVIER LARA, ) | **JOINT MOTION TO CONTINUE** |
| ) | **MOTIONS HEARING DATE** |
| Defendant. ) | |

    IT IS AGREED BETWEEN THE PARTIES that the motions hearing shall be continued from Friday, June 27 at 2:00 p.m. to Friday, July 25, 2008 at 2:00 p.m.

    SO STIPULATED.

Dated: June 25, 2008                     */s/ Norma A. Aguilar*
                                         NORMA A. AGUILAR
                                         Attorney for Mr. Omar Javier Lara

Dated: June 25, 2008                       */s/ Charlotte Kaiser*
                                         CHARLOTTE KAISER
                                         Assistant United States Attorney