UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08CR1081-BTM |
| Plaintiff, | ) | |
| v. | ) | |
| **OMAR JAVIER LARA,** | ) | **PROPOSED ORDER** |
| Defendant. | ) | |

FOR GOOD CAUSE SHOWN the motions hearing shall be continued from Friday, June 27 at 2:00 p.m. to Friday, July 25, 2008 at 2:00 p.m.

SO ORDERED.

DATED: June 26, 2008

*/s/ Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge

1