**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:      (619) 234-8467
Facsimile:      (619) 687-2666
Email:          David_Peterson@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>OMAR JAVIER LARA,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 08CR1081-BTM<br><br><br>**NOTICE OF APPEARANCE AS CO-COUNSEL** |

        Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as co-counsel in the above-captioned case.

                                Respectfully submitted,


Dated:  July 23, 2008                    */s/ DAVID M. C. PETERSON*
                                DAVID M.C. PETERSON
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Defendant
                                David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  July 23, 2008                        /s/ DAVID M. C. PETERSON
                                            DAVID M.C. PETERSON
                                            Federal Defenders of San Diego, Inc.
                                            225 Broadway, Suite 900
                                            San Diego, CA  92101-5030
                                            (619) 234-8467  (tel)
                                            (619) 687-2666  (fax)
                                            David_Peterson@fd.org (email)