DAVID M.C. PETERSON
California State Bar Number 254498
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: david_peterson@fd.org

Attorneys for Mr. Ramirez-Montes

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.   08CR1081-BTM |
| Plaintiff, | ) | DATE: July 25, 2008 |
| | ) | TIME: 2:00 p.m. |
| v. | ) | |
| OMAR JAVIER LARA, | ) | **MOTION TO SHORTEN TIME** |
| Defendant. | ) | |

The above-named defendant, by and through counsel, moves this Court for an order shortening time in his Motions to Suppress Statements and for Leave to File Further Motions to two (2) days, to be heard July 25, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, for the following reason:

Counsel had numerous motions to file in district court when assigned as co-counsel to file the instant motions.

Respectfully submitted,

DATED: July 23, 2008            */s/ DAVID M.C. PETERSON*
                                DAVID M.C. PETERSON
                                Federal Defenders of San Diego, Inc.
                                Attorneys for Defendant Ramirez-Montes

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Copy to Defendant

Dated: July 23, 2008         /s/ DAVID M. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)