UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. | 08CR1081-BTM |
| Plaintiff, ) | DATE: | July 25, 2008 |
| ) | TIME: | 2:00 p.m. |
| v. ) | | |
| OMAR JAVIER LARA, ) | **ORDER** | |
| Defendant. ) | | |

Motion to shorten time having been made in the above-entitled matter, the Court being fully advised and good cause appearing therefore,

**IT IS HEREBY ORDERED** that time for hearing the matter for the defendant regarding the Motion to Suppress Statements and for Leave to File Further Motions  in the above-entitled action be shortened to two (2) days, and that the matter be calendared for hearing on July 25, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard.

**SO ORDERED.**

DATED: July 23, 2008

_____
Honorable Barry Ted Moskowitz
United States District Judge