# EXHIBIT A

| Continued From: ARR:JUV. CON. | | | San Diego Regional Officer's Report Narrative | | | Incident Number | | |
|---|---|---|---|---|---|---|---|---|
| Page 3 of5 | | | | | | Case Number | | |
| Code Section And Description (one incident only) 12021(A)(1) / PC / FELON/ADDICT/ETC POSSESS FIREA | | | | Date 02/28/2008 | | Day of Week THU | Time 12:20 | |
| Location Of Incident (Or Address) 3950 WEST POINT LOMA BL | | | | | City | | District | Beat |
| Person(s) Involved: Victim | | | | | | | | |
| Suspect (If Named) Lara, Omar Javier | | | | | | | | |
| Property Tag No.(s) | | | | | | | | |

## SYNOPSIS:

I arrested Omar Lara D.O.B. 10-09-83 for being a convicted felon in possession of a firearm.

## ORIGIN:

On 02/28/08 at 1148 hours I assisted Officer's on a radio call that involved an unknown male leaving the Denny's restaurant located on the corner of West Point Loma Blvd and Midway Dr. and going into the Longs drug store located at 3950 West Point Loma Blvd. The unknown male reportedly was carrying a firearm in the front waistband area of his jeans.

## INVESTIGATION:

Upon my arrival I assisted Officer's in setting up a perimeter around the store and to keep citizen's from entering the store.

After the perimeter was set up and maintained, I assisted Officer DeBord in keeping vehicles and citizen's from entering the immediate parking lot area.

Once the parking lot was secure from any type of traffic, I was finished with my assignment and was not assigned to any position. At this point Sgt. Lara requested for 1 Officer to meet with him at the main entrance to join with him and Officer Temnick to be the arrest team if and when we made entry into the store.

While standing with the entry team, Officer Garrette was on the phone with an employee who was providing us with details of the subject's movements inside the store. Please refer to Officer Garrette's report for his investigation.

Officer Garrette received information from the employee inside the store the subject was standing in line getting ready to buy something. After the subject finished in line, the employee advised Officer Garrette the subject was exiting the store via the double glass sliding doors adjacent to our location. K-9 Officer Truderung was part of our entry team and when the subject began to exit Officer Truderung, Officer Temnick, Officer Van Proyen and I moved towards the subject. Officer Temnick and I both had our duty weapons drawn and pointing at the subject. Officer Van Proyen had a less than lethal beanbag shotgun pointing at the subject. I gave verbal commands to the subject and he complied. I took the subject into custody without incident.

| Reporting Officer ACOSTA | ID # | Division W1 | Approved By | Date of Report 02/28/2008 | Time 15:48 |
|---|---|---|---|---|---|

Continued Y

3

| Continued From:<br>ARR/JUV. CON. | San Diego Regional<br>Officer's Report Narrative | | Incident Number | |
|---|---|---|---|---|
| Page<br>4 of 5 | | | Case Number | |
| Code Section And Description (one incident only)<br>12021(A)(1) / PC / FELON/ADDICT/ETC POSSESS FIREA | | Date<br>02/28/2008 | Day of Week<br>THU | Time<br>12:20 |
| Location Of Incident (Or Address)<br>3950 WEST POINT LOMA BL | | City | District | Beat |
| Person(s) Involved: Victim | | | | |
| Suspect (If Named)<br>Lara, Omar Javier | | | | |
| Property Tag No.(s) | | | | |

I searched the subject and located a California identification card with his picture on it. I identified the subject as Omar Lara. I did a thorough search of Lara's person and did not locate any firearm. I advised Sgt. Lara that I did not recover a firearm and a search of the store was started.

I did locate a "Criket" cell phone and Officer Temnick and I opened it and began to review the call record during the time of the incident to see if he made or received any calls. We saw he had made a call to a person by the name of "Jessica" at 1412 hours. That is the time he was located inside the store.

Officers began searching the store and Officer Gerardo Perez located the gun in aisle #8 concealed in a nylon lunch bag. Please refer to his report for his investigation.

Officer DeBord took custody of the weapon and impounded it at the Watch Commanders office at Headquarters. Please see officer DeBord's report for all evidence collected.

While at the scene Officer Temnick saw Lara nodding his head at a white female sitting down close to the entrance of the store. Officer Temnick advised me of this and I went and asked the female if her name was "Jessica?" She told me her name was Jessica and that she knew Lara.

Jessica told me she received a phone call from Lara stating he was inside the store and there were cops surrounding the place. Jessica told me Lara never mentioned anything about being in possession of a gun.

Please refer to Officer Van Proyen report for Jessica's statement.

## BACKGROUND:

Omar Lara also had two felony no bail warrants of arrest for him. Lara also has a prior conviction for being in possession of a weapon.

## STATEMENTS:

None.

## Statement of Omar Lara:

After taking Lara into custody, I asked him if he knew why we were arresting him. He told me "because I have a warrant." I told him that we were more concerned about a gun he reportedly had in his waist. Lara responded back to me, "a gun, I don't have any guns!" I advised Lara there was an elementary school within 1100 feet of our location and if a child or anyone else were to gain access to that weapon, he could

| Reporting Officer<br>ACOSTA | ID # | Division<br>W1 | Approved By | Date of Report<br>02/28/2008 | Time<br>15:43 |
|---|---|---|---|---|---|

Continued Y

4

| Continued From: ARR/JUV. CON. | San Diego Regional Officer's Report Narrative | | Incident Number |
|---|---|---|---|
| Page 5 of 5 | | | Case Number |

| Code Section And Description (one incident only) 12021(A)(1) / PC / FELON/ADDICT/ETC POSSESS FIREA | | Date 02/28/2008 | | Day of Week THU | Time 12:20 |
|---|---|---|---|---|---|
| Location Of Incident (Or Address) 3950 WEST POINT LOMA BL | | | City | District | Beat |
| Person(s) Involved: Victim | | | | | |
| Suspect (If Named) Lara, Omar Javier | | | | | |
| Property Tag No.(s) | | | | | |

be facing more serious charges. Lara again told me, "Officer I didn't have a gun!" I explained to Lara that we believed he did have a gun and that there were witnesses that told us he had a gun and that we believe he hid the gun somewhere inside the Long's drug store. Lara continued to deny he ever had a weapon.

After the weapon was located, I admonished Lara and he told me he would talk to me.

Officer Temnick and I transported Lara to jail and while at jail I took Lara out of my patrol vehicle and sat him down in a chair. I gave Lara a Snapple that he had purchased from the Long's drug store and let him drink it while I attempted to get a statement from him.

My first question to him was, "did you have a gun?" Lara said, "I don't want to talk, because whatever I say will be told to the other prisoners in prison." I ended my interview.

**EVIDENCE:**

Please refer to Officer DeBord's report for evidence.

**INJURIES:**

None.

**PROPERTY DAMAGE:**

None.

**FOLLOW-UP:**

None.

**RELATED REPORTS:**

None.

Approved By: Sgt Misty Cedrun 

| Reporting Officer ACOSTA | ID # | Division W1 | Approved By | Date of Report 02/28/2008 | Time 15:48 |
|---|---|---|---|---|---|

Continued Y