KAREN P. HEWITT
United States Attorney
CHARLOTTE E. KAISER
Assistant United States Attorney
California Bar Number 256356
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7031
Facsimile: (619) 235-4716

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  08CR1081-BTM |
| Plaintiff, | **UNITED STATES' RESPONSE TO DEFENDANT'S MOTIONS TO:** |
| v. | **(1) SUPPRESS STATEMENTS;**<br>**(2) GRANT LEAVE TO FILE FURTHER MOTIONS** |
| OMAR JAVIER LARA, | Date:        August 29, 2008<br>Time:        2:00 p.m.<br>Honorable:   Barry T. Moskowitz |
| Defendant. | |

    Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Charlotte E. Kaiser, Assistant United States Attorney, hereby files its Response to Defendant's Motion to Suppress Statements and Grant Leave to File Further Motions. This Response is based upon the files and records of the case together with the attached statement of facts and memorandum of points and authorities.

///

///

I

**STATEMENT OF FACTS**

The United States incorporates its Statement of Facts from its previously filed Response and Opposition to Defendant's Discovery Motions in the instant case.

II

**UNITED STATES' RESPONSE TO DEFENDANT'S MOTIONS**

**A.    DEFENDANT'S MOTION TO SUPPRESS DEFENDANT'S STATEMENTS**

The United States will not use in its case-in-chief the statements between Defendant and San Diego Police Officer Acosta that Defendant identified in his Motion to Suppress. Should Defendant testify in his defense, then United States may plan to introduce such statements on rebuttal. If so, it will provide notice for the Court and defense counsel in case there needs to be a brief hearing on the issue. As such, Defendant's Motion to Suppress is moot at this time.

**B.    DEFENDANT'S MOTION FOR LEAVE TO FILE FURTHER MOTIONS**

The United States does not oppose Defendant's request for leave to file further motions, so long as such motions are based on discovery not yet received by Defendant.

III

**CONCLUSION**

For the foregoing reasons, the United States respectfully requests that the Court finds Defendant's motion to suppress is moot as it relates to the United States' case-in-chief and deny Defendant's motion for leave to file further motions unless such motions are based on new discovery.

DATED: August 21, 2008

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

/s/ Charlotte E. Kaiser

CHARLOTTE E. KAISER
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1081-BTM |
| Plaintiff, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| OMAR JAVIER LARA, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED that:

I, CHARLOTTE E. KAISER, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS AND GRANT LEAVE TO FILE FURTHER MOTIONS on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies:

    Norma A. Aguilar, Attorney for Defendant
    David M.C. Peterson, Attorney for Defendant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 21, 2008.

                                             /s/ Charlotte E. Kaiser
                                             CHARLOTTE E. KAISER